FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 24 AM 10: 30

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR404-05 |
| | ) | |
| SAMUEL BILLUPS, JR. | ) | |

## ORDER

The Court having considered the defendant's request for transportation expenses, and after being satisfied that he is financially unable to pay the cost to appear in this matter, it is hereby,

ORDERED that pursuant to 18 U. S. C. §4285, the United States Marshal for the Southern District of Georgia issue to the defendant, Samuel Billups, Jr., a travel voucher for a ticket by plane, train or bus or other comparable means and per diem to and from the Southern District of Alabama and the Southern District of Georgia, for a court appearance on April 2, 2009 at 10:00 a. m.

ORDERED this 24th day of March, 2009.

G. R. Smith
United States Magistrate Judge